1  Benjamin Wright
   Wright Law Offices, PLC
2  2999 N. 44th Street, Ste 600
   Phoenix, AZ  85018
3  602-344-9695
   Fax (480) 717-3380
4  Attorney for the Defendant(s)

5                    **UNITED STATES BANKRUPTCY COURT**
                            **DISTRICT OF ARIZONA**

6

7  In re:                                  In proceedings under Chapter 13

8  DUSTIN J. HAMBY,                         Case No. 2:18-bk-03941-PS

9                Debtor.                    Adversary No. 2:18-ap-00285-PS

10 COURTNEY HAMBY,

11               Plaintiff,                 ANSWER

12 vs.

13 DUSTIN J. HAMBY,

14               Defendant.

15     Comes now, Dustin J. Hamby, hereinafter referred to as "Defendant," by and through

16 undersigned counsel and for his answer states as follows:

17     1. Defendant admits paragraph 1and 2 of Plaintiff's Complaint;

18     2. Defendant admits this adversary arises from Case No. 2:18-bk-03941-PS, but denies the

19        portion of paragraph 3 of Plaintiff's Complaint which claims it arises from a Chapter 7

20        case;

       3. Defendant admits paragraphs 4 through 6 of Plaintiff's Complaint;

21     4. Defendant neither admits or denies paragraph 7 of Plaintiff's complaint;

22     5. Defendant admits paragraph 8 of Plaintiff's Complaint;

23     6. Defendant admits there was a Property and Liability agreement, but denies the date of

24        said agreement and therefore denies paragraph 9 of Plaintiff's Complaint;

25     7. Defendant denies the remaining allegations contained in Plaintiff's Complaint and

26        demands Plaintiff prove the allegations not admitted herein by a preponderance of the

          evidence;

                                          1

## DEFENSES

8. The Complaint fails to state a claim upon which relief can be granted;

9. The comparative and contributory negligence of Plaintiff proximately caused or contributed to the alleged damages, injuries and losses, if any, sustained by Plaintiff;

10. Plaintiff's claims are barred, or must be reduced, to the extent they failed to mitigate its damage, or by the doctrine of avoidable consequences;

11. Defendant invokes waiver, laches, estoppel, fraud, assumption of risk, fraudulent inducement, statute of fraud, accord and satisfaction, failure of consideration, and unclean hands, and pleads any and all defenses available under Rule 12(b) of the Federal Rules of Civil Procedure; and

12. Defendants reserve the right to amend his allegations if additional affirmative defenses are discovered.

**Wherefore** the Defendants request the following relief:

A. The debts subject to this litigation be found dischargeable along with other general unsecured claims;

B. That Plaintiff pay Defendants' attorney fees in defending this adversary; and

C. For such other relief as the Court deems just and proper.

Respectfully submitted Augsut 21, 2018.


/s/ Benjamin Wright
Benjamin Wright
Attorney for the Defendant(s)

Original filed on this the 21st day
of August, 2018 and copies
mailed/emailed to:

James F. Kahn
Kahn & Ahart, PLLC
301 E. Bethany Home Road, Ste C-195
Phoenix, AZ 85012
Attorney for Plaintiff


/s/ Craig Bowman

2