James F. Kahn - 003063
Krystal M. Ahart - 029358
**KAHN & AHART, PLLC**
**BANKRUPTCY LEGAL CENTER™**
301 E. Bethany Home Rd., Suite C-195
Phoenix, AZ 85012-1266
Phone: 602-266-1717
Fax: 602-266-2484
Email: James.Kahn@azbk.biz
Email: Krystal.Ahart@azbk.biz
Attorneys for Plaintiff

Benjamin Wright
Wright Law Offices, PLC
2999 N. 44th Street, Ste 600
Phoenix, AZ 85018
602-344-9695
Fax (480) 717-3380
Attorney for the Defendant

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: ) | In Proceedings Under Chapter 13 |
| ) | |
| DUSTIN J. HAMBY, ) | Case No.: 2:18-bk-03941-PS |
| ) | |
| Debtor. ) | |
| _____) | |
| COURTNEY HAMBY, ) | |
| ) | Adv. Case No.: 2:18-ap-00285-PS |
| Plaintiff, ) | |
| v. ) | **STIPULATION TO DISMISS** |
| ) | **COMPLAINT** |
| DUSTIN J. HAMBY, ) | |
| ) | |
| Debtor/Defendant. ) | |
| _____) | |

The bankruptcy case of Dustin J. Hamby, Case No.: 2:18-BK-03941-PS, having been dismissed, Courtney Hamby, Plaintiff, and Dustin J. Hamby, Defendant, through their respective counsel undersigned stipulate that this adversary action may be

dismissed without prejudice, with each party to bear its own costs and attorney's fees.

DATED this 27th day of September, 2018.

KAHN & AHART, PLLC
BANKRUPTCY LEGAL CENTER™

/s/ James F. Kahn

James F. Kahn
Attorney for Plaintiff

Wright Law Offices, PLC

/s/ Benjamin Wright

Benjamin Wright
Attorney for the Defendant